

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-22-00035-CV

Donald William **FLETCHER**, et al.,
Appellants

v.

**TOSCANO PROPERTIES**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2020CV05146
Honorable John Longoria, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
           Patricia O. Alvarez, Justice
           Lori I. Valenzuela, Justice

Delivered and Filed: April 27, 2022

DISMISSED FOR LACK OF JURISDICTION

On January 14, 2022, appellants filed a notice of appeal stating an intent to appeal an eviction. The clerk's record was filed on March 10, 2022. The clerk's record does not contain a final order or judgment. "[A]n appeal may be prosecuted only from a final judgment." *N.E. Indep. Sch. Dist. v. Aldridge*, 400 S.W.2d 893, 895 (Tex. 1966). Because it appeared from the record no final judgment had been entered in the underlying case, on March 11, 2022, we ordered appellants to show cause in writing no later than March 25, 2022 why this appeal should not be dismissed for

lack of jurisdiction. Appellants failed to respond to our order. Accordingly, we dismiss this appeal for want of jurisdiction.

PER CURIAM